# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:** <br><br> **EMMANUEL BOONE,** | ) 1:19-mc-00069-SAB <br> ) <br> ) <br> ) ORDER DIRECTING CLERK OF COURT TO <br> ) CLOSE MISCELLANEOUS CASE <br> ) <br> ) <br> ) <br> ) <br> ) |

On August 29, 2019, the Court received a notice from the Plaintiff requesting access to the electronic case filing system at California State Prison, Corcoran.

On September 4, 2019, the Court directed Supervising Deputy Attorney General, Christopher Becker, to file a response to Plaintiff's request or to electronically file the complaint.

On September 11, 2019, Deputy Attorney General Lucas Hennes filed a notice indicating that Plaintiff electronically filed his complaint on September 9, 2019, in Boone v. CSP Corcoran Warden, et al., E.D. Cal. No. 1:19-cv-01232-GSA (PC).

///
///
///
///
///
///
///
///

1

In as much as the complaint has now been electronically filed and a new civil rights action has been opened, the Clerk of Court is directed to close the instant miscellaneous case.

IT IS SO ORDERED.

Dated:   **September 16, 2019**

UNITED STATES MAGISTRATE JUDGE