1
2
3
4

5          **UNITED STATES DISTRICT COURT**

6          **EASTERN DISTRICT OF CALIFORNIA**

7

8   **IN RE:**                              )   1:19-mc-00069-SAB
                                            )
9                                           )
                                            )   ORDER DENYING PLAINTIFF'S MOTION
10  **EMMANUEL BOONE,**                     )   TO PROCESS IMMINENT DANGER
                                            )
11                                          )   [ECF No. 5]
                                            )
12                                          )
                                            )
13  _____       )

14          On August 29, 2019, the Court received a notice from the Plaintiff requesting access to the

15  electronic case filing system at California State Prison, Corcoran.

16          On September 4, 2019, the Court directed Supervising Deputy Attorney General, Christopher

17  Becker, to file a response to Plaintiff's request or to electronically file the complaint.

18          On September 11, 2019, Deputy Attorney General Lucas Hennes filed a notice indicating that

19  Plaintiff electronically filed his complaint on September 9, 2019, in Boone v. CSP Corcoran Warden,

20  et al., E.D. Cal. No. 1:19-cv-01232-GSA (PC).  Therefore, on September 17, 2019, the Court issued an

21  order closing this action because Plaintiff's complaint was electronically filed and a new civil rights

22  action was opened.

23          On September 20, 2019, Plaintiff filed a "motion to process imminent danger," self-dated

24  September 11, 2019-the same date Deputy Attorney General Lucas Hennes filed a notice.  (ECF No.

25  5.)  Plaintiff submits that despite the Court's September 4, 2019, there has been no response and his

26  complaint has not been filed.  Contrary to Plaintiff's contention, his complaint has been electronically

27  filed and a new civil rights action has been opened in Boone v. CSP Corcoran Warden, et al., E.D. Cal.

28

1

No. 1:19-cv-01232-GSA (PC).  Accordingly, Plaintiff's motion to further process this miscellaneous action is denied, and no further filings will be entertained in this case as it is closed.

IT IS SO ORDERED.

Dated: __**September 24, 2019**__

UNITED STATES MAGISTRATE JUDGE